# **Exhibit C**

CONFIDENTIAL PURSUANT TO CPA

**ASSIGNMENT**

This Assignment Agreement ("**Agreement**") dated as the date set forth on the signature page hereof, is by and among Stans Energy Corp., a corporation organized under the laws of the Province of Ontario, Canada ("**Stans**"), and Kutisay Mining LLC, a limited liability company organized under the laws of the Kyrgyz Republic ("**Kutisay**"; and together with Stans, each an "**Assignor**" and collectively the "**Assignors**"), on the one hand, and Gillham LLC, a limited liability company organized under the laws of the State of Delaware ("**Gillham**"), Lucille Investments LLC, a limited liability company organized under the laws of the State of Delaware ("**Lucille**"), and Stonebury Limited, a company organized under the laws of Guernsey ("**Stonebury**"; and together with Gillham and Lucille, each an "**Assignee**" and collectively the "**Assignees**"), on the other hand.

As used herein, the "**Award**" means the award issued by the tribunal in favor of the Stans Entities in *Stans Energy Corp. and Kutisay Mining LLC v. The Kyrgyz Republic*, PCA Case No. 2015-32, under the Law of the Kyrgyz Republic of 27 March 2003 (the 2003 Kyrgyz Investment Law) in accordance with UNCITRAL rules.

As used herein, the "**Costs Order**" means the costs order issued by the court in favor of the Stans Entities in the costs proceedings captioned *Kyrgyz Republic v. Stans Energy Corp. and Kutisay Mining LLC*, Claim No. CL-2017-000115, The High Court of Justice, Business and Property Court of England and Wales, Queen's Bench Division, Commercial Court.

In return for good and valuable consideration, each Assignor hereby unconditionally and irrevocably assigns to the Assignees all of its right, title and interest in and to the Award and the Costs Order (the "**Assignment**"). The Assignment shall be deemed an absolute and unconditional assignment of the Award and the Costs Order and each and every right relating to the Award (economic and otherwise) and the Costs Order (economic and otherwise), including the right to collect, enforce, settle, compromise, offer to settle, offer to compromise and satisfy the Award and/or the Costs Order. The assignment under this Assignment Agreement is not an assignment or transfer to or assumption by the Assignees of any existing obligation of any Assignor under or in connection with the Award or the Costs Order, of which obligations are and shall remain obligations of such Assignor.

Pursuant to the Assignment, the Assignees shall have all rights to enforce the Award and the Costs Order and collect any and all amounts owed to the Assignors as a result of the Award and/or the Costs Order. The Assignors retain neither a duty nor a right to seek payment of the Award or the Costs Order as a result of the Assignment. The Assignees shall bear full responsibility for all collection activities with respect to the Award and the Costs Order.

Each Assignor agrees to execute, acknowledge and deliver all such further certificates, instruments and other documents, and take all such further action as may be necessary or appropriate to effect the Assignment and allow the Assignees to secure all actual and potential benefits of the Assignment.

Neither this Agreement nor the Assignment can be waived or modified in any manner except by a written agreement signed by the Assignors and the Assignees.

This Agreement shall be effective as of the date of execution hereof and shall continue in full force and effect indefinitely.

This Agreement shall be construed in accordance with, and this Agreement and all matters arising out of or relating in any way whatsoever to this Agreement (whether in contract, tort or otherwise) shall be governed by, the law of the State of New York (without reference to any choice of law doctrine that would have the effect of causing this Agreement to be construed in accordance with or governed by the law of any other jurisdiction).

Any dispute, claim or controversy arising out of, under, or in relation to this Agreement or the Assignment or the existence, breach, termination, enforcement, interpretation or validity of this Agreement or the Assignment, including the determination of the scope or applicability of this agreement to arbitrate, shall be referred to and finally resolved by arbitration under the Arbitration Rules of the London Court of International Arbitration, which Rules are deemed to be incorporated by reference into this clause. The number of arbitrators shall be one. The seat, or legal place, of arbitration shall be New York, New York. Proceedings shall occur at locations agreed by the parties or directed by the arbitral tribunal. The language to be used in the arbitral proceedings shall be English. The arbitrator may, in the award, allocate all or part of the costs of the arbitration to the losing party, including the fees of the arbitrator and the reasonable attorneys' fees of the prevailing party. Judgment on the arbitration award may be entered in any court having jurisdiction thereover, and nothing in this provision shall preclude the parties from seeking provisional remedies in aid of arbitration from any court of competent jurisdiction.

This Agreement may be executed in counterparts, each of which is deemed an original, but all of which constitutes one and the same agreement. Delivery of an executed counterpart of this Agreement electronically or by facsimile shall be effective as delivery of an original executed counterpart of this Agreement.

[**Signature page follows**]

IN WITNESS WHEREOF, the parties have executed this Assignment Agreement as March 25, 2020.

**Assignors:**

STANS ENERGY CORP

By: _____
Name: Boris Aryev
Title: COO

KUTISAY MINING LLC

By: _____
Name: Boris Aryev
Title: COO of the sole owner

**Assignees:**

GILLHAM LLC

By:_____
Name:
Title: Authorized Signatory

LUCILLE INVESTMENTS LLC

By:_____
Name:
Title: Authorized Signatory

STONEBURY LIMITED

By_____
Name:
Title:

      IN WITNESS WHEREOF, the parties have executed this Assignment Agreement as March 25, 2020.

**Assignors:**

STANS ENERGY CORP

By: _____
Name:
Title:

KUTISAY MINING LLC

By: _____
Name:
Title:

**Assignees:**

GILLHAM LLC

By: *[signature]*_____
Name:
Title: Authorized Signatory

LUCILLE INVESTMENTS LLC

By: *[signature]*_____
Name:
Title: Authorized Signatory

STONEBURY LIMITED

By_____
Name:
Title:

CONFIDENTIAL PURSUANT TO CPA

     IN WITNESS WHEREOF, the parties have executed this Assignment Agreement as \_\_\_March\_\_\_ 25\_\_, 2020.

**Assignors:**

STANS ENERGY CORP

By:_____
Name:
Title:

KUTISAY MINING LLC

By:_____
Name:
Title:

**Assignees:**

GILLHAM LLC

By:_____
Name:
Title: Authorized Signatory

LUCILLE INVESTMENTS LLC

By:_____
Name:
Title: Authorized Signatory

STONEBURY LIMITED

By_____
Name: Alison Simpson
Title: For OFS Limited as Director