CO-386
10/2018

# United States District Court
# For the District of Columbia

Gillham LLC )
)
)
)
Plaintiff )    Civil Action No. __20-cv-1795_____
vs )
)
The Kyrgyz Republic )
)
)
Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Gillham LLC_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Gillham LLC_____ which have any outstanding securities in the hands of the public:

Burford Capital LLC

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____/s/ James E. Berger_____
Signature

__481808_____
BAR IDENTIFICATION NO.

James E. Berger_____
Print Name

1185 Avenue of the Americas_____
Address

New York        NY        10036-4003
City          State        Zip Code

(212) 556-2100_____
Phone Number