UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| GILLHAM LLC<br><br>                        Petitioner,<br><br>     v.<br><br>THE KYRGYZ REPUBLIC<br><br>                        Respondent. | Civil Action No. 1:20-cv-01795-ABJ |

## PETITIONER'S MOTION FOR DEFAULT JUDGMENT

Petitioner Gillham LLC ("**Gillham**"), by and through its undersigned counsel, respectfully requests that this Court enter a default judgment pursuant to 28 U.S.C. §1608(e) and Federal Rule of Civil Procedure 55(b)(2). For the reasons set forth in the accompanying Memorandum of Points and Authorities in Support of Petitioner's Motion for Default Judgment, Second Declaration of Charlene C. Sun and related papers, Gillham hereby moves this Court to:

1. Enter a default judgment against the Kyrgyz Republic in favor of Gillham, in the amount of US$ 15,027,081.89 (plus pre- and post- Award interest at a rate of 5% compounded annually from October 16, 2014 until the date of that payment); and (ii) two thirds of the reasonable costs incurred by Stans Energy Corporation and Kutisay Mining LLC in the arbitration and two thirds of the costs of legal representation and assistance incurred by Stans Energy Corporation and Kutisay Mining LLC totaling US$ 3,137,887.17, C$ 16,472.14 and € 796,303.86, plus post-Award interest at a rate of 5% compounded annually from the date of the Award until the date of payment, as awarded by the tribunal; plus post-judgment interest at the rate applicable under 28 U.S.C. § 1961 from the date judgment is entered until the date of satisfaction;

2. Grant Gillham its costs of this proceeding, including reasonable attorneys' fees; and

3. Grant such other and further relief as the Court deems just and proper.

1

Dated: New York, NY.
December 9, 2020

Respectfully submitted,

    */s/ James E. Berger*

James E. Berger (D.C. Bar No. 481408)
Charlene C. Sun (D.C. Bar 1027854)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: (212) 556-2200
Fax: (212) 556 -2222
jberger@kslaw.com
csun@kslaw.com

*Attorneys for Petitioner Gillham LLC.*